**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS PITTS., an individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF VALLEJO, a municipal corporation; MATTHEW KOMODA, in his individual and official capacity as a CITY OF VALLEJO Police Officer; RYAN MCLAUGHLIN, in his individual and official capacity as a CITY OF VALLEJO Police Officer; and DOES 1-50, individually and in their official capacities as Employees for the CITY OF VALLEJO, jointly and severally,<br><br>          Defendants. | CASE NO.:  2:17-cv-00988-KJM-DB<br><br>COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND DAMAGES<br><br>JURY TRIAL DEMANDED |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Melissa C. Nold of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, CA 94621 hereby files this Notice of Appearance in the above-

captioned matter, as co-counsel on behalf of Plaintiff. Counsel requests that copies of all briefs, motions, orders, correspondence and other papers be served on the undersigned. Counsel's email address, for purposed of receipt of Notices of Electronic Filing are:

Melissa.Nold@johnburrislaw.com

AttorneyNold@gmail.com

May 10, 2017                                THE LAW OFFICES OF JOHN L. BURRIS

/s/ *Melissa C. Nold*
Melissa C. Nold,
Attorney for Plaintiff