UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NICKOLAS PITTS,
    Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:17-CV-00988-KJM-DB

CITY OF VALLEJO, ET AL.,
    Defendant(s)/Respondent(s).

---

**IMPORTANT**

IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

---

☐ **CONSENT** TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____   Signature: _____

    Print Name: _____
    ( ) Plaintiff/Petitioner   ( ) Defendant/Respondent
    Counsel for _____ *

---

☒ **DECLINE** OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: 06.16.17   Signature: [signed]

    Print Name: Kelly J. Trujillo
    ( ) Plaintiff/Petitioner   (☒) Defendant/Respondent
Ofc. Matthew Komoda, Ofc. Ryan McLaughlin   Counsel for City of Vallejo *

---

*If representing more than one party, counsel must indicate the name of each party responding.*