**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant City Attorney, SBN
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
MATTHEW KOMODA, RYAN McLAUGHLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICKOLAS PITTS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF VALLEJO, a municipal corporation; MATTHEW KOMODA, in his individual and official capacity as a CITY OF VALLEJO Police Offer; RYAN McLAUGHLIN, in his individual and official capacity as a CITY OF VALLEJO Police Officer; and DOES 1-50, individually and in their official capacities as Employees for the CITY OF VALLEJO, jointly and severally,<br><br>  Defendants. | Case No: 2:17-cv-00988-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL SCHEDULING CONFERENCE** |

The parties, by and through their counsel of record, submit to the court as follows:

1. The court scheduled a Pretrial Scheduling Conference for August 3, 2017. (Docket No. 7).

2. Counsel for the defendants is not available on said date due to a week-long, off-site, training from July 29 through August 4, 2017.
3. The court advised that it is available to conduct a Pretrial Scheduling Conference on August 17, 2017 at 2:30 p.m.
4. Counsel for plaintiff has advised that she is available on August 17, 2017.
5. The parties hereby agree to continue the Pretrial Scheduling Conference to August 17, 2017 at 2:30 p.m.

**SO STIPULATED.**

DATED: June 20, 2017                      Respectfully submitted,

                */s/ Kelly J. Trujillo*
                KELLY J. TRUJILLO
                Attorney for Defendants,
                CITY OF VALLEJO, MATTHEW KOMODA
                RYAN McLAUGHLIN

DATED: June 20, 2017                      */s/ Melissa Nold*
                MELISSA NOLD
                Attorney for Plaintiff
                NICKOLAS PITTS

**ORDER**

Pursuant to the stipulation of the parties above, the Pretrial Scheduling Conference currently scheduled for August 3, 2017 is hereby continued to August 17, 2017 at 2:30pm.

**IT IS SO ORDERED.**

                Kimberly J. Mueller
                United States District Court Judge

Case No. 2:17-cv-00988-KJM-DB      Stipulation and Proposed Order Continuing the Pretrial Scheduling Conference

- 2 -