**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS PITTS, an individual, | **Case No.:** 2:17-cv-00988-KJM-DB |
| Plaintiffs, | **STIPULATED AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO  FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| CITY OF VALLEJO, a municipal corporation; MATTHEW KOMODA, in his individual and official capacity as a CITY OF VALLEJO Police Officer; RYAN MCLAUGHLIN, in his individual and official capacity as a CITY OF VALLEJO Police Officer; and DOES 1-50, individually and in their official capacities as Employees for the CITY OF VALLEJO, jointly and severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and all Defendants by and through their designated counsel, that:

Plaintiff shall file a First Amended Complaint (attached hereto as Exhibit A) with the Court within 5 days of the Court order approving this stipulation.  Defendants' responsive pleading to

Plaintiff's First Amended Complaint shall be filed within 21 days of the filing of the First Amended Complaint.

The good cause for granting Plaintiff leave to file his First Amended Complaint being that Plaintiff inadvertently omitted the state law cause of action Intentional Infliction of Emotional Distress. Therefore, Plaintiff seeks leave to amend his complaint accordingly.

Therefore, all parties stipulate and respectfully request the court grant Plaintiff leave to file their First Amended Complaint.

IT IS SO AGREED.

Date: 09/06/2017                          LAW OFFICES OF JOHN L. BURRIS


                                          /s/ Melissa C. Nold
                                          Melissa C. Nold
                                          Attorneys for Plaintiff


Date:   09/06/2017                        VALLEJO CITY ATTORNEY


                                          /s/Kelly Trujillo
                                          KELLY TRUJILLO
                                          Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

NICKOLAS PITTS, an individual,

                    Plaintiffs,

      vs.

CITY OF VALLEJO, a municipal corporation;
MATTHEW KOMODA, in his individual and
official capacity as a CITY OF VALLEJO Police
Officer; RYAN MCLAUGHLIN, in his
individual and official capacity as a CITY OF
VALLEJO Police Officer; and DOES 1-50,
individually and in their official capacities as
Employees for the CITY OF VALLEJO, jointly
and severally,

                    Defendants.

**Case No.:** 2:17-cv-00988-KJM-DB

**STIPULATED AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**

      IT IS HEREBY ORDERED that Plaintiff shall file his First Amended Complaint within five (5) days of this Order. Defendants shall file their Responsive Pleading within 21 days of Plaintiff's filing.

IT IS SO ORDERED.

Date:_____

_____
UNITED STATES DISTRICT JUDGE