# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

NICKOLAS PITTS, an individual,

                Plaintiffs,

vs.

CITY OF VALLEJO, a municipal corporation; MATTHEW KOMODA, in his individual and official capacity as a CITY OF VALLEJO Police Officer; RYAN MCLAUGHLIN, in his individual and official capacity as a CITY OF VALLEJO Police Officer; and DOES 1-50, individually and in their official capacities as Employees for the CITY OF VALLEJO, jointly and severally,

                Defendants.

**Case No.:** 2:17-cv-00988-KJM-DB

**STIPULATED AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**

IT IS HEREBY ORDERED that Plaintiff shall file his First Amended Complaint within five (5) days of this Order. Defendants shall file their Responsive Pleading within 21 days of Plaintiff's filing.

IT IS SO ORDERED.

DATED: September 13, 2017

_____
UNITED STATES DISTRICT JUDGE