JOHN L. BURRIS ESQ., SBN 69888
ADANTE D. POINTER, ESQ., SBN 226229
MELISSA C. NOLD, ESQ., SBN 301378
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICKOLAS PITTS, an individual,

          Plaintiff,

v.

CITY OF VALLEJO, et al.,

          Defendants.

CASE NO.: 17-0988 KJM-DB

SUMMONS RETURNED EXECUTED
SERVED: Universal Protection Services

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:17 cv 00988 Pitts, Nickolas

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Universal Protection Services
on *(date)* 09/05/2017 .

☑ I served the subpoena by delivering a copy to the named person as follows:
Major, front desk

on *(date)* 09/07/2017 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/07/2017

*Server's signature*

Russell Taylor #1177
*Printed name and title*

1425 Lakeside Drive #206 Oakland CA 94612
*Server's address*

Additional information regarding attempted service, etc.: