**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**KELLY J. TRUJILLO**
Assistant Attorney, SBN 244286
**BY: KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:  (707) 648-4687
Email:  katelyn.knight@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO, MATTHEW KOMODA, RYAN McLAUGHLIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICKOLAS PITTS,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO, a municipal corporation; MATTHEW KOMODA, in his individual and official capacity as a CITY OF VALLEJO Police Offer; RYAN McLAUGHLIN, in his individual and official capacity as a CITY OF VALLEJO Police Officer; and DOES 1-50, individually and in their official capacities as Employees for the CITY OF VALLEJO, jointly and severally,<br><br>          Defendants. | Case No.  2:17-cv-00988-KJM-DB<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Katelyn M. Knight, Deputy City Attorney for the City of Vallejo, 555 Santa Clara Street, Vallejo, CA 94590, hereby files this Notice of Appearance in the above-referenced matter on behalf of Defendants. Counsel requests that copies of all briefs, motions, orders, correspondence and other papers be served on the undersigned. Counsel's email address for purpose of receipt of Notices of Electronic Filing is: katelyn.knight@cityofvallejo.net.

DATED: January 23, 2018                    Respectfully submitted,


                                           /s/ Katelyn M. Knight
                                           KATELYN M. KNIGHT
                                           Deputy City Attorney
                                           Attorney for Defendants, CITY OF VALLEJO,
                                           MATTHEW KOMODA, RYAN McLAUGHLIN