**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant Attorney, SBN 244286
**KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
MATTHEW KOMODA, RYAN McLAUGHLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICKOLAS PITTS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; MATTHEW KOMODA, in his individual and official capacity as a CITY OF VALLEJO Police Offer; RYAN McLAUGHLIN, in his individual and official capacity as a CITY OF VALLEJO Police Officer; and DOES 1-50, individually and in their official capacities as Employees for the CITY OF VALLEJO, jointly and severally,<br><br>        Defendants. | Case No: 2:17-cv-00988-KJM-DB<br><br>**NOTICE OF SETTLEMENT**<br><br>**Complaint filed:  May 10, 2017**<br>**Trial Date:  None** |

1  Pursuant to Local Rule 160, the undersigned notifies the court that this matter
2  has settled. The City requests 14 days in which to file a Stipulation for Dismissal.

4  DATED: May 1, 2018                    Respectfully submitted,

6                                         */s/ Kelly J. Trujillo*
                                          KELLY J. TRUJILLO,
7                                         Assistant City Attorney
                                          Attorney for City Defendants