**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net
*Attorneys for Defendants*

**JOHN L. BURRIS ESQ., SBN 69888**
**MELISSA C. NOLD, SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
Email: john.burris@johnburrislaw.com
Email: melissa.nold@johnburrislaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICKOLAS PITTS, | Case No: 2:17-cv-00988-KJM-DB |
| Plaintiff, | |
| vs. | **JOINT STATEMENT RE NOTICE OF SETTLEMENT** |
| CITY OF VALLEJO, a municipal corporation; MATTHEW KOMODA, in his individual and official capacity as a CITY OF VALLEJO Police Offer; RYAN McLAUGHLIN, in his individual and official capacity as a CITY OF VALLEJO Police Officer; and DOES 1-50, individually and in their official capacities as Employees for the CITY OF VALLEJO, jointly and severally, | **Complaint filed:** May 10, 2017 **Trial Date:** None |
| Defendants. | |

Pursuant to Local Rule 160, on May 1, 2018, City Defendants filed a Notice of Settlement in this matter. (ECF 24.) On May 2, 2018, the court issued a minute order stating that dispositional documents shall be filed within 14 days. (ECF 25.)

The parties need additional time to finalize the settlement documents. The agreement is finalized, signed by the plaintiff and en route to the attorneys. As such, the parties anticipate that the dispositional documents will be filed within 21 days no later than June 6, 2018.

DATED: May 15, 2018                     Respectfully submitted,

*/s/ Kelly J. Trujillo*
KELLY J. TRUJILLO
Assistant City Attorney
Attorney for City Defendants

DATED: May 15, 2018                     LAW OFFICES OF JOHN L. BURRIS

*/s/ Melissa C. Nold*
MELISSA C. NOLD
Attorneys for Plaintiff