CLAUDIA M. QUINTANA
City Attorney, SBN 178613
BY: KELLY J. TRUJILLO
Assistant Attorney, SBN 244286
KATELYN M. KNIGHT
Deputy City Attorney, SBN 264573
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO,
MATTHEW KOMODA, RYAN McLAUGHLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICKOLAS PITTS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; MATTHEW KOMODA, in his individual and official capacity as a CITY OF VALLEJO Police Offer; RYAN McLAUGHLIN, in his individual and official capacity as a CITY OF VALLEJO Police Officer; and DOES 1-50, individually and in their official capacities as Employees for the CITY OF VALLEJO, jointly and severally,<br><br>        Defendants. | Case No: 2:17-cv-00988-KJM-DB<br><br>**STIPULATION FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2). The parties shall bear their own costs and attorneys' fees in connection with this lawsuit and the negotiation and preparation of this Agreement.

DATED: May 29, 2018             LAW OFFICES OF JOHN L. BURRIS

                                 /s/ Melissa Nold
                                 MELISSA NOLD
                                 Attorney for Plaintiff

DATED: May 29, 2018

                                 /s/ Kelly J. Trujillo
                                 KELLY J. TRUJILLO
                                 Assistant City Attorney
                                 Attorney for City Defendants